UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BILLY W RICHMOND,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOLLIEST GARRET *et al.*,<br><br>　　　　　Defendants. | Case No.  C06-5522FDB<br><br>ORDER OF CONSOLIDATION |

On October 19th, 2006 the six complaints listed below were filed as new cases. Upon review off all the cases it appears they should be, and hereby are, consolidated as one case under C06-5522FDB.   The six cases are:

1.　Richmond v. Garde et al 6-5600RJB/ JA

2.　Richmond v. Martinez et al 6-5602FDB/K'S

3.　Richmond v. Martinez et al 6-5603RBL/JA

4.　Richmond v. Garde et al 6-5604RJB/K'S

5.　Richmond v. Garde et al 6-5605 RAL/JA

6.　Richmond v. Garde et al 6-5606 RAL/K'S

The clerk is directed to send plaintiff a copy of this order.

DATED this 31st day of October, 2006.

　　　　　　　　　　　　　　　　　　　*/S/ J. Kelley Arnold*
　　　　　　　　　　　　　　　　　　　J. Kelley Arnold
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER
Page - 1